IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIFFANY MARIE PIERCE,

      Plaintiff,                       No. 2:11-cv-02222 KJN

      v.

MICHAEL ASTRUE, Commissioner of
Social Security,

      Defendant.                <u>ORDER and FINDINGS AND
RECOMMENDATIONS</u>

                                         /

        Plaintiff filed her complaint and paid the applicable filing fee on August 21, 2011.[1] The court issued a summons and Scheduling Order on August 23, 2011, and the Scheduling Order provides: "Except when other provision is made pursuant to an application to proceed in forma pauperis, within 21 days from the filing of the complaint, plaintiff shall complete service of process and shall serve a copy of this scheduling order on defendant. Within fourteen days after completing service of process, plaintiff shall file with the clerk a certificate reflecting such service." (Scheduling Order at 2, Dkt. No. 6.) Additionally, Federal Rule of

---

[1] This case was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(15) and 28 U.S.C. § 636(c). Plaintiff has not consented to the jurisdiction of a magistrate judge, and defendant has not been served with the summons and complaint.

1

1 Civil Procedure 4(m) requires that a plaintiff serve the summons and complaint within 120 days
2 after filing his or her complaint.[2]

3   The court's docket reflects that plaintiff has not served defendant with the
4 summons and complaint, or taken any other action in this case since issuance of the summons
5 and Scheduling Order in August 2011.  Accordingly, it appears that plaintiff has abandoned her
6 case, and the undersigned recommends that plaintiff's case be dismissed without prejudice
7 pursuant to the court's Scheduling Order and Federal Rule of Civil Procedure 4(m), for failure to
8 serve the complaint and summons for nearly one year.

9   For the foregoing reasons, IT IS HEREBY ORDERED that the Clerk of Court
10 randomly select and assign a United States District Judge to this case.

11   It is FURTHER RECOMMENDED that:

12   1. This case be dismissed without prejudice pursuant to this court's
13 Scheduling Order and Federal Rule of Civil Procedure 4(m) for failure to timely serve the
14 summons and complaint on defendant.

15   2. The Clerk of Court be directed to vacate all dates and close this case.

16   These findings and recommendations are submitted to the United States District
17 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen
18 days after being served with these findings and recommendations, any party may file written
19 objections with the court and serve a copy on all parties.  Id.; see also E. Dist. Local Rule 304(b).
20 Such a document should be captioned "Objections to Magistrate Judge's Findings and
21 Recommendations."  Any response to the objections shall be filed with the court and served on

---

[2] In relevant part, Federal Rule of Civil Procedure 4(m) provides:

> **(m) Time Limit for Service.**  If a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

1  all parties within fourteen days after service of the objections.  E. Dist. Local Rule 304(d).

2  Failure to file objections within the specified time may waive the right to appeal the District

3  Court's order.  <u>Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998); <u>Martinez v. Ylst</u>, 951 F.2d

4  1153, 1156-57 (9th Cir. 1991).

5          IT IS SO ORDERED and RECOMMENDED.

6  DATED:  August 7, 2012

                        KENDALL J. NEWMAN
                        UNITED STATES MAGISTRATE JUDGE